# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>BOSA DEVELOPMENT CALIFORNIA II, INC., et al.,<br><br>        Defendants. | Case Nos: 3:17-cv-00666-L-BGS; 3:17-cv-00945-L-BGS<br><br>**ORDER CONSOLIDATING CASES** |
| BOSA DEVELOPMENT CALIFORNIA II, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>        Defendant. | |

   The Federal Rules of Civil Procedure provide that a court may consolidate two actions that involve a common question of law or fact. Fed. R. Civ. P. 42(a)(2). The above captioned cases both concern the same insurance dispute. The insurance company issued policies to a developer and some construction contractors insuring them against certain losses incurred in connection with the development and construction of four high rise condominium buildings. The central issue presented by both cases is the proper interpretation of the insurance policies' definition of "an occurrence". The insurance policies provide that the insurer may charge only one deductible for each "occurrence." The insureds contend that each construction project (each building) should constitute

only one occurrence and therefore the insurer should charge no more than one deductible per construction project.  The insurance company, by contrast, interprets "an occurrence" in a narrower manner, which allowed it to charge more than one deductible per construction project.  The main difference between the two cases is that whereas in the early filed case the insurance company is postured as plaintiff (seeking declaratory relief) the insurance company is postured as defendant (defending against the insured's claims for affirmative relief) in the later filed case.  Determination of the proper interpretation of "an occurrence" could resolve most, if not all, issues presented by both cases.

      Accordingly, the Court hereby consolidates these two cases, for all pretrial purposes, into the earlier filed case.  All subsequent pleadings and motions shall be filed under the case number of the first filed case: 3:17-cv-00666-L-BGS.  The Court will decide whether to consolidate the cases for trial purposes at the final pretrial conference.

**IT IS SO ORDERED.**

Dated:  December 13, 2017

_____
Hon. M. James Lorenz
United States District Judge