# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOSA DEVELOPMENT CALIFORNIA II, INC., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CONSOLIDATED ACTION | Lead Case No.: 3:17-cv-0666-AJB-BGS; 3:17-CV-00945-AJB-BJS<br><br>ORDER GRANING JOINT MOTION TO DISMISS CONSOLIDATED ACTIONS WITH PREJUDICE |

Based upon the parties' Joint Motion to Dismiss Consolidated Actions with Prejudice (the "Joint Motion"), and good cause appearing therefor, IT IS HEREBY ORDERED that:

　　1.　The Joint Motion is GRANTED;

　　2.　The Clerk of the Court is hereby directed to DISMISS WITH PREJUDICE the above-captioned, consolidated actions; and

/ / /

/ / /

/ / /

3. The Parties to the above-captioned, consolidated actions will each bear their own costs, including attorneys' fees.

IT IS SO ORDERED.

Dated: March 17, 2022

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge